UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALAN B. BAIOCCHI, | No. CV 10-09822-GW (VBK) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE |
| v. | |
| LINDA SANDERS, | |
| Respondent. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts the Findings and Recommendations of the United States Magistrate Judge and (2) Respondent's Motion to Dismiss is granted.

DATED: May 8, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE